John E. Merrion, Appellant, v. Julia V. O'Donnell et al.,
Appellees.

Gen. No. 40,894.

opinion filed December 5, 1939.. Charles J.
Trainor, for appellant; Sheehan & Egan, for appellees; Roy J. Egan, of
counsel.  Opinion by JUSTICE SCANLAN.  "Not to be published in full."